**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff;<br><br>vs.<br><br>CLARENCE ADAMS,<br><br>              Defendant. | CASE NO.: 2:12-CR-440-RCJ-GWF<br><br>**ORDER** |

This matter having come before this Honorable Court on the unopposed motion of Defendant Clarence Adams, and good cause appearing therefore, Defendant's Motion for Permission to Travel to Malibu, California, during the dates of April 12, 2013, to April 19, 2013, inclusive, is hereby **GRANTED**.

…

…

…

…

…

…

…

…

-1-

IT IS FURTHER ORDERED that Defendant's Motion for Permission to Travel to Tell City and Rockport, Indiana, during the dates of May, 20, 2013, to June 1, 2013, inclusive, is hereby **GRANTED**.

DATED this __10th__ day of _____April_____, 2013.

_/s/ George Foley Jr._
**HONORABLE GEORGE W. FOLEY**

Respectfully submitted by:

/s/ MARC A. SAGGESE, ESQ.
_____
**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Defendant*

-2-