MARC A. SAGGESE, ESQ.
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>CLARENCE ADAMS,<br><br>Defendant. | CASE NO.: 2:12-CR-440-RCJ-GWF<br><br>**ORDER FOR RETURN OF DEFENDANT CLARENCE ADAMS' PASSPORT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Robert Knief, Assistant United States Attorney, Marc A. Saggese, Esq., attorney for Defendant Clarence Adams, that Defendant Clarence Adams' United States passport be returned to Defendant Adams from pre-trial services.

DATED this <u>16th</u> day of November, 2016.

/s/ ROBERT A. KNIEF　　　　　　　　/s/ MARC A. SAGGESE, ESQ.

| | |
|---|---|
| **ROBERT A. KNIEF**<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Ste. 5000<br>Las Vegas, NV 89101 | **MARC A. SAGGESE, ESQ.**<br>Nevada Bar No. 7166<br>**SAGGESE & ASSOCIATES, LTD.**<br>732 S. Sixth Street, Suite 201<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* |

-1-

## ORDER

Based upon the foregoing Stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Clarence Adams' United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial services shall return Mr. Clarence Adams' passport to Mr. Adams.

IT IS SO ORDERED.

Dated this 16 day of November, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ MARC A. SAGGESE, ESQ.
_____
MARC A. SAGGESE, ESQ.
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
*Attorney for Defendant*